UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

JOSEPH A. VELCOVICH,

    Plaintiff,

v.                                      Civil Action No. 5:07-CV-113

CONSOL ENERGY, INC., UNITED MINE
WORKERS OF AMERICA, AND UNITED
MINE WORKERS OF AMERICA,
LOCAL 1638,

    Defendants.

## ORDER

The Court, having considered the motion of Charles F. Donnelly for Deborah J. Gaydos to appear on defendants' behalf *pro hac vice* and any opposition thereto, and having found good cause, hereby ORDERS:

That the motion is granted; and further ORDERS

That leave is hereby granted to Deborah J. Gaydos to appear on defendants' behalf in this case.

SO ORDERED:

Dated: January 24, 2008

_____
United States District Court Judge